KIRK D. MILLER, P.S.
Kirk D. Miller, WSBA #40025
421 W. Riverside Ave., Suite 660
Spokane WA  99201
(509)413-1494 Telephone
(509)413-1724 Facsimile
kmiller@millerlawspokane.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAD O. WAHLEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>ALASKA USA FEDERAL CREDIT UNION, et al.,<br><br>Defendants. | No.: 2:20-cv-00755-RAJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tad O. Wahlen hereby voluntarily dismisses all individual claims he asserted in this action against Defendants Alaska USA Federal Credit Union, Bobby W. Alexander, Director; Ronald E. Lee, Director, Kent Berthiaume, Director, Lorran J. Skinner, Director, Geri M. Wacker, Director, Richard F. Hawley, Director, Raedene K. Turner, Director with prejudice.  The dismissal shall be without an award of costs or fees to any party.

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO FED.
R. CIV. P. 41(A)(i) - 1

DATED this 9th day of June, 2020.

        s/ *Kirk D. Miller*
Kirk D. Miller, WSBA #40025
KIRK D. MILLER, P.S.
421 W. Riverside Ave., Suite 660
Spokane WA 99201
Tel: 509-413-1494
Email: kmiller@millerlawspokane.com

        s/ *E. Michelle Drake*
E. Michelle Drake, pro hac vice forthcoming
Joseph C. Hashmall, pro hac vice forthcoming
Berger Montague PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel.: 612-594-5999
Fax: 612-584-4470
Email: emdrake@bm.net
jhashmall@bm.net

Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(i) - 2

**CM/ECF Certificate of Service**

I hereby certify that on the 9th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of filing to the following:

fredburnside@dwt.com         Fred B. Burnside
Attorney for Defendants

rosemccarty@dwt.com          Rose S. McCarty
Attorney for Defendants

emdrake@bm.net               E. Michelle Drake
*pro hac vice pending*
Attorney for Plaintiff

jhashmall@bm.net             Joseph C. Hashmall
*pro hac vice pending*
Attorney for Plaintiff


          s/ *Kirk D. Miller*
          Kirk D. Miller, WSBA #40025
          Attorney for Plaintiff

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO FED.
R. CIV. P. 41(A)(i) - 3